## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DEANDRE M. ROSS,**

    *Petitioner*,

v.                            **Case No.: 4:21cv88-MW/EMT**

**RICKY D. DIXON,**

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on February 16, 2022.**

                             **s/Mark E. Walker**_____
                             **Chief United States District Judge**